IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TONDA SUSAN BOHRINGER,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                               Case No. 12-cv-718-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Tonda Susan Bohringer's appeal from the denial of her applications for disability insurance benefits and supplemental security income disability benefits.

by _[signature]_ Deputy Clerk                  6/20/2013
Peter Oppeneer, Clerk of Court                 Date